JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Don Macallister, | Case No. SACV 25-00584-JVS(JDEx) |
|---|---|
| Plaintiff(s), | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| City of Los Angeles et al, | |
| Defendant(s). | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on June 6, 2023, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

DATED: December 22, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE